IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SENDERO HEALTH PLANS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17-2048 |
| v. ) | (Judge Silfen) |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

Pursuant to the Court's September 11, 2023, Order granting the parties' Motion to Continue Stay, the parties respectfully submit this Joint Status Report.

As stated in the parties' previous joint status report, counsel for the parties have continued to engage in productive settlement negotiations regarding this and other cost-sharing reduction (CSR) cases currently pending before this Court. The parties most recently exchanged letters on September 7 and September 19. In light of those communications, the parties believe that they have reached a tentative agreement in principle on a methodology by which the parties can settle some of these CSR cases. This methodology must, however, be approved by officials at both the Department of Health and Human Services and the Department of Justice. In addition, the parties will need to gather relevant data from plaintiff-insurers from past benefit years in order to calculate whether damages may be owed to a given insurer for a given year. The Centers for Medicare and Medicaid Services is currently preparing a process for plaintiff insurers to submit relevant CSR data. Once that data is gathered and analyzed, plaintiffs will have the option of participating in the proposed settlement process or continuing instead with litigation.

1

Both the approval process and data gathering and analysis will take time. We thus respectfully request that the court continue the stay in this case for 60 days, until Tuesday, November 28, 2023, at which time the parties propose updating the Court regarding the status of the settlement process.

| | |
|---|---|
| September 29, 2023 | Respectfully submitted, |
| /s/ William L. Roberts | BRIAN M. BOYNTON |
| William L. Roberts | Principal Deputy Assistant Attorney General |
| william.roberts@faegredrinker.com | |
| **FAEGRE DRINKER BIDDLE & REATH LLP** | PATRICIA M. McCARTHY |
| 2200 Wells Fargo Center | Director |
| 90 South Seventh Street | |
| Minneapolis, MN 55402-3901 | /s/ Claudia Burke |
| Telephone: (612) 766-7000 | CLAUDIA BURKE |
| Fax: (612) 766-1600 | Deputy Director |
| | |
| OF COUNSEL: | /s/ David M. Kerr |
| | DAVID M. KERR |
| Jonathan W. Dettmann | Senior Trial Counsel |
| jon.dettmann@faegredrinker.com | Commercial Litigation Branch |
| Evelyn Snyder | Civil Division |
| evelyn.snyder@faegredrinker.com | U.S. Department of Justice |
| **FAEGRE DRINKER BIDDLE & REATH LLP** | P.O. Box 480 |
| 2200 Wells Fargo Center | Ben Franklin Station |
| 90 South Seventh Street | Washington, D.C. 20044 |
| Minneapolis, MN 55402-3901 | Tel. (202) 307-3390 |
| Telephone: (612) 766-7000 | David.M.Kerr@usdoj.gov |
| Fax: (612) 766-1600 | |
| | OF COUNSEL: |
| **Counsel of Record for Plaintiff Sendero Health Plans, Inc.** | Albert S. Iarossi |
| | Assistant Director |
| | Civil Division |
| | U.S. Department of Justice |
| | |
| | **Counsel for Defendant The United States** |